# VERIFIED RETURN OF SERVICE

| Insert name of court, judicial district or branch court, if any: | |
|---|---|
| United States District Court, District of Columbia | |

| DEPOSITION/COURT DATE: | CASE NUMBER: |
|---|---|
| | 1:05-CV-02173 |

**PLAINTIFF/PETITIONER:**

Service Employees International Union National Industry Pension Fund; and Board of Trustees the Service Employees International Union National Industry Pension Fund

**DEFENDANT/RESPONDENT:**

Star Detective Agency, Inc.

**DOCUMENTS SERVED:**

20 Day Summons, Complaint, Notice of Right to Consent to Trial Before a US Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files

Received on **11/14/2005** at **9:41 AM** to be served on:

**Star Detective Agency**

I do hereby affirm that on _11/22/05_ at _2:15 PM_ served this process by:

__X__ CORPORATE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: _Benetta Rodgers_    TITLE: _H.R. Manager_

____ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

____ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: | FOR(Client): |
|---|---|
| 813 East 75th Street<br>Chicago, IL 60619 | Eunice H. Washington, Esq.<br>Service Employees International Union<br>1313 L Street, N.W.<br>Washington, DC   20005<br>800-458-1010 |

**COMMENTS:**

**AUTHORIZATION:**

| DECLARATION: | SIGNATURE: |
|---|---|
| *UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.*<br><br>NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2). | X _____<br><br>Robert C. Regalado<br>(Print Name)<br><br>State Service Corporation<br>4030 Powerline Rd.<br>Ft. Lauderdale, FL   33309<br>OUR FILE#: **67575** |