UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> STAR DETECTIVE AGENCY, INC. <br><br>     Defendant. | Civil Action No. 05-2173(RMC) |

## DEFAULT

It appearing that the above-named Defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 22, 2005, and an affidavit on behalf of Plaintiff having been filed, it is this _____ day of _____, _____ declared that Defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By:_____