UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STAR DETECTIVE AGENCY, INC. <br><br> Defendant. | Civil Action No. 05-2173(RMC) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Affidavit in Support of Default, proposed Order and Certificate of Service was mailed this 27th day of December 2005 by first class mail, postage pre-paid to Defendant's Registered Agent:

    Vivian V. Wilson
    813 East 75th Street
    Chicago, IL  60619


/s/ Eunice H. Washington
Eunice H. Washington
SEIU Benefit Funds Legal Department
1343 L Street, N.W.
Washington, D.C.  20005
202-626-1440