# VERIFIED RETURN OF SERVICE

| | |
|---|---|
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, District of Columbia | |
| DEPOSITION/COURT DATE: | CASE NUMBER: <br> 1:05-CV-02173 |
| PLAINTIFF/PETITIONER: <br> Service Employees International Union National Industry Pension Fund; and Board of Trustees the Service Employees International Union National Industry Pension Fund | |
| DEFENDANT/RESPONDENT: <br> Star Detective Agency, Inc. | |
| DOCUMENTS SERVED: <br> 20 Day Summons, Complaint, Notice of Right to Consent to Trial Before a US Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files | |

Received on **11/14/2005** at **9:41 AM** to be served on:

**Star Detective Agency**

I do hereby affirm that on **11/22/05** at **2:15 PM** served this process by:

**X CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **BENETTA ROGERS**    TITLE: **H.R. MANAGER**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: <br> 813 East 75th Street <br> Chicago, IL 60619 | FOR (Client): <br> Eunice H. Washington, Esq. <br> Service Employees International Union <br> 1313 L Street, N.W. <br> Washington, DC 20005 <br> 800-458-1010 |
|---|---|
| COMMENTS: | |
| AUTHORIZATION: | |
| DECLARATION: <br><br> *UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.* <br><br> NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2). | SIGNATURE: <br><br> X _____ <br> ROBERT C. REGALADO <br> (Print Name) <br><br> State Service Corporation <br> 4030 Powerline Rd. <br> Ft. Lauderdale, FL 33309 <br> OUR FILE#: **67575** |