UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>STAR DETECTIVE AGENCY, <br><br>　　　　Defendant. | Civil Action No. 05-2173 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiffs filed a complaint in this matter on November 4, 2005. The record reflects that Defendant Star Detective Agency was served with a summons and copy of the complaint on November 22, 2005. Upon Plaintiffs' motion under Federal Rule of Civil Procedure 55(a), the clerk entered default as to Defendant on December 29, 2005. There has been no activity in this matter since. Accordingly, it is hereby

**ORDERED** that, on or before **May 4, 2006**, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.


Date: April 13, 2006　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　United States District Judge