**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SERVICE EMPLOYEES** | ) | |
| **INTERNATIONAL UNION NATIONAL** | ) | |
| **INDUSTRY PENSION FUND,** *et al.*, | ) | |
| | ) | **Civil Action No. 05-2173(RMC)** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STAR DETECTIVE AGENCY, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR JUDGMENT BY DEFAULT**

Plaintiffs, Service Employees International Union National Industry Pension Fund and its Board of Trustees, through counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby move for entry of judgment by default in favor of Plaintiffs and against Defendant Star Detective Agency, Inc.  as follows:

1.  Judgment ordering Defendant to pay to Plaintiffs, Service Employees International Union National Industry Pension Fund ("Fund") and its Trustees, the sum of $230,103.97, representing delinquent contributions owed to Plaintiffs for the period beginning January 2000 through March 1, 2006;

2.  Judgment ordering Defendant to pay to Plaintiffs interest, calculated at the rate of 10% per annum from the date contributions were due until  June 1, 2006, on the delinquent contributions, in the amount of $72,942.37;

3.  Judgment ordering Defendant to pay liquidated damages (20% of the amount of

    Defendant's delinquency) in the amount of $46,020.79;

4.  Judgment ordering Defendant to pay the Fund's costs in the amount of $345.00.

The grounds for this Motion are set forth in the accompanying Memorandum of Points

and Authorities.  This Motion is supported by the accompanying Declarations of John Sahm

and Eunice Washington.  A proposed Order of Judgment by Default is submitted herewith.

Respectfully submitted,

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C.  20005
(202) 626-1440

Attorney for Plaintiffs

Dated: April 26, 2006