UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STAR DETECTIVE AGENCY, INC. <br><br> Defendant. | Civil Action No. 05-2173(RMC) |

**DECLARATION OF EUNICE H. WASHINGTON**

Eunice H. Washington declares:

1. I am over 18 years of age and am competent to testify in this proceeding.

2. I have personal knowledge of the matters set forth herein.

3. I am a member of the Bar of this Court and am counsel of record in this action for Plaintiffs Service Employees International Union National Industry Pension Fund and its Board of Trustees.

4. On November 22, 2005, I caused a Summons and a copy of the Complaint to be personally served on Defendant's agent. Proof of Service was filed with the Court on December 28, 2005. (Docket Entry #3).

5. According to the docket report generated by the Court's CM/ECF system, the Defendant has not filed an answer or other response to the Complaint, nor has it appeared in this action.

6. I have not received copies of any pleadings from the Defendant in connection with this action.

7. Plaintiffs have incurred costs of $345.00 in connection with its prosecution of this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on April 26, 2006.

/s/Eunice H. Washington
Eunice H. Washington