## Star Detective Agency

| Paydate | Start date | End date | Days Late | /Daily Rate | Interest | Principal | Total Interest | LD's |
|---|---|---|---|---|---|---|---|---|
| **1/1/2000** | 02/15/00 | 06/01/06 | **2298** | 6.29589041 | 10.00% | 2,806.15 | 1,766.72 | **561.23** |
| **2/1/2000** | 03/15/00 | 06/01/06 | **2269** | 6.21643836 | 10.00% | 2,806.15 | 1,744.42 | **561.23** |
| **3/1/2000** | 04/15/00 | 06/01/06 | **2238** | 6.13150685 | 10.00% | 2,806.15 | 1,720.59 | **561.23** |
| **4/1/2000** | 05/15/00 | 06/01/06 | **2208** | 6.04931507 | 10.00% | 2,806.15 | 1,697.53 | **561.23** |
| **5/1/2000** | 06/15/00 | 06/01/06 | **2177** | 5.96438356 | 10.00% | 2,806.15 | 1,673.69 | **561.23** |
| **6/1/2000** | 07/15/00 | 06/01/06 | **2147** | 5.88219178 | 10.00% | 2,806.15 | 1,650.63 | **561.23** |
| **7/1/2000** | 08/15/00 | 06/01/06 | **2116** | 5.79726027 | 10.00% | 2,806.15 | 1,626.80 | **561.23** |
| **8/1/2000** | 09/15/00 | 06/01/06 | **2085** | 5.71232877 | 10.00% | 2,806.15 | 1,602.96 | **561.23** |
| **9/1/2000** | 10/15/00 | 06/01/06 | **2055** | 5.63013699 | 10.00% | 2,806.15 | 1,579.90 | **561.23** |
| **10/1/2000** | 11/15/00 | 06/01/06 | **2024** | 5.54520548 | 10.00% | 2,806.15 | 1,556.07 | **561.23** |
| **11/1/2000** | 12/15/00 | 06/01/06 | **1994** | 5.4630137 | 10.00% | 2,806.15 | 1,533.00 | **561.23** |
| **12/1/2000** | 01/15/01 | 06/01/06 | **1963** | 5.37808219 | 10.00% | 2,806.15 | 1,509.17 | **561.23** |
| **1/1/2001** | 02/15/01 | 06/01/06 | **1932** | 5.29315068 | 10.00% | 3,117.94 | 1,650.37 | **623.59** |
| **2/1/2001** | 03/15/01 | 06/01/06 | **1904** | 5.21643836 | 10.00% | 3,117.94 | 1,626.45 | **623.59** |
| **3/1/2001** | 04/15/01 | 06/01/06 | **1873** | 5.13150685 | 10.00% | 3,117.94 | 1,599.97 | **623.59** |
| **4/1/2001** | 05/15/01 | 06/01/06 | **1843** | 5.04931507 | 10.00% | 3,117.94 | 1,574.35 | **623.59** |
| **5/1/2001** | 06/15/01 | 06/01/06 | **1812** | 4.96438356 | 10.00% | 3,117.94 | 1,547.87 | **623.59** |
| **6/1/2001** | 07/15/01 | 06/01/06 | **1782** | 4.88219178 | 10.00% | 3,117.94 | 1,522.24 | **623.59** |
| **7/1/2001** | 08/15/01 | 06/01/06 | **1751** | 4.79726027 | 10.00% | 3,117.94 | 1,495.76 | **623.59** |
| **8/1/2001** | 09/15/01 | 06/01/06 | **1720** | 4.71232877 | 10.00% | 3,117.94 | 1,469.28 | **623.59** |
| **9/1/2001** | 10/15/01 | 06/01/06 | **1690** | 4.63013699 | 10.00% | 3,117.94 | 1,443.65 | **623.59** |
| **10/1/2001** | 11/15/01 | 06/01/06 | **1659** | 4.54520548 | 10.00% | 3,117.94 | 1,417.17 | **623.59** |
| **11/1/2001** | 12/15/01 | 06/01/06 | **1629** | 4.4630137 | 10.00% | 3,117.94 | 1,391.54 | **623.59** |
| **12/1/2001** | 01/15/02 | 06/01/06 | **1598** | 4.37808219 | 10.00% | 3,117.94 | 1,365.06 | **623.59** |
| **1/1/2002** | 02/15/02 | 06/01/06 | **1567** | 4.29315068 | 10.00% | 3,117.94 | 1,338.58 | **623.59** |
| **2/1/2002** | 03/15/02 | 06/01/06 | **1539** | 4.21643836 | 10.00% | 3,117.94 | 1,314.66 | **623.59** |
| **3/1/2002** | 04/15/02 | 06/01/06 | **1508** | 4.13150685 | 10.00% | 3,117.94 | 1,288.18 | **623.59** |
| **4/1/2002** | 05/15/02 | 06/01/06 | **1478** | 4.04931507 | 10.00% | 3,117.94 | 1,262.55 | **623.59** |
| **5/1/2002** | 06/15/02 | 06/01/06 | **1447** | 3.96438356 | 10.00% | 3,117.94 | 1,236.07 | **623.59** |
| **6/1/2002** | 07/15/02 | 06/01/06 | **1417** | 3.88219178 | 10.00% | 3,117.94 | 1,210.44 | **623.59** |
| **7/1/2002** | 08/15/02 | 06/01/06 | **1386** | 3.79726027 | 10.00% | 3,117.94 | 1,183.96 | **623.59** |
| **8/1/2002** | 09/15/02 | 06/01/06 | **1355** | 3.71232877 | 10.00% | 3,117.94 | 1,157.48 | **623.59** |
| **9/1/2002** | 10/15/02 | 06/01/06 | **1325** | 3.63013699 | 10.00% | 3,117.94 | 1,131.85 | **623.59** |
| **10/1/2002** | 11/15/02 | 06/01/06 | **1294** | 3.54520548 | 10.00% | 3,117.94 | 1,105.37 | **623.59** |
| **11/1/2002** | 12/15/02 | 06/01/06 | **1264** | 3.4630137 | 10.00% | 3,117.94 | 1,079.75 | **623.59** |
| **12/1/2002** | 01/15/03 | 06/01/06 | **1233** | 3.37808219 | 10.00% | 3,117.94 | 1,053.27 | **623.59** |
| **1/1/2003** | 02/15/03 | 06/01/06 | **1202** | 3.29315068 | 10.00% | 3,117.94 | 1,026.78 | **623.59** |
| **2/1/2003** | 03/15/03 | 06/01/06 | **1174** | 3.21643836 | 10.00% | 3,117.94 | 1,002.87 | **623.59** |
| **3/1/2003** | 04/15/03 | 06/01/06 | **1143** | 3.13150685 | 10.00% | 3,117.94 | 976.39 | **623.59** |
| **4/1/2003** | 05/15/03 | 06/01/06 | **1113** | 3.04931507 | 10.00% | 3,117.94 | 950.76 | **623.59** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/1/2003 | 06/15/03 | 06/01/06 | 1082 | 2.96438356 | 10.00% | 3,117.94 | 924.28 | **623.59** |
| 6/1/2003 | 07/15/03 | 06/01/06 | 1052 | 2.88219178 | 10.00% | 3,117.94 | 898.65 | **623.59** |
| 7/1/2003 | 08/15/03 | 06/01/06 | 1021 | 2.79726027 | 10.00% | 3,117.94 | 872.17 | **623.59** |
| 8/1/2003 | 09/15/03 | 06/01/06 | 990 | 2.71232877 | 10.00% | 3,117.94 | 845.69 | **623.59** |
| 9/1/2003 | 10/15/03 | 06/01/06 | 960 | 2.63013699 | 10.00% | 3,117.94 | 820.06 | **623.59** |
| 10/1/2003 | 11/15/03 | 06/01/06 | 929 | 2.54520548 | 10.00% | 3,117.94 | 793.58 | **623.59** |
| 11/1/2003 | 12/15/03 | 06/01/06 | 899 | 2.4630137 | 10.00% | 3,117.94 | 767.95 | **623.59** |
| 12/1/2003 | 01/15/04 | 06/01/06 | 868 | 2.37808219 | 10.00% | 3,117.94 | 741.47 | **623.59** |
| 1/1/2004 | 02/15/04 | 06/01/06 | 837 | 2.29315068 | 10.00% | 3,117.94 | 714.99 | **623.59** |
| 2/1/2004 | 03/15/04 | 06/01/06 | 808 | 2.21369863 | 10.00% | 3,117.94 | 690.22 | **623.59** |
| 3/1/2004 | 04/15/04 | 06/01/06 | 777 | 2.12876712 | 10.00% | 3,117.94 | 663.74 | **623.59** |
| 4/1/2004 | 05/15/04 | 06/01/06 | 747 | 2.04657534 | 10.00% | 3,117.94 | 638.11 | **623.59** |
| 5/1/2004 | 06/15/04 | 06/01/06 | 716 | 1.96164384 | 10.00% | 3,117.94 | 611.63 | **623.59** |
| 6/1/2004 | 07/15/04 | 06/01/06 | 686 | 1.87945205 | 10.00% | 3,117.94 | 586.00 | **623.59** |
| 7/1/2004 | 08/15/04 | 06/01/06 | 655 | 1.79452055 | 10.00% | 3,117.94 | 559.52 | **623.59** |
| 8/1/2004 | 09/15/04 | 06/01/06 | 624 | 1.70958904 | 10.00% | 3,117.94 | 533.04 | **623.59** |
| 9/1/2004 | 10/15/04 | 06/01/06 | 594 | 1.62739726 | 10.00% | 3,117.94 | 507.41 | **623.59** |
| 10/1/2004 | 11/15/04 | 06/01/06 | 563 | 1.54246575 | 10.00% | 3,117.94 | 480.93 | **623.59** |
| 11/1/2004 | 12/15/04 | 06/01/06 | 533 | 1.46027397 | 10.00% | 3,117.94 | 455.30 | **623.59** |
| 12/1/2004 | 01/15/05 | 06/01/06 | 502 | 1.37534247 | 10.00% | 3,117.94 | 428.82 | **623.59** |
| 1/1/2005 | 02/15/05 | 06/01/06 | 471 | 1.29041096 | 10.00% | 3,117.94 | 402.34 | **623.59** |
| 2/1/2005 | 03/15/05 | 06/01/06 | 443 | 1.21369863 | 10.00% | 3,117.94 | 378.42 | **623.59** |
| 3/1/2005 | 04/15/05 | 06/01/06 | 412 | 1.12876712 | 10.00% | 3,117.94 | 351.94 | **623.59** |
| 4/1/2005 | 05/15/05 | 06/01/06 | 382 | 1.04657534 | 10.00% | 3,117.94 | 326.32 | **623.59** |
| 5/1/2005 | 06/15/05 | 06/01/06 | 351 | 0.96164384 | 10.00% | 3,117.94 | 299.83 | **623.59** |
| 6/1/2005 | 07/15/05 | 06/01/06 | 321 | 0.87945205 | 10.00% | 3,117.94 | 274.21 | **623.59** |
| 7/1/2005 | 08/15/05 | 06/01/06 | 290 | 0.79452055 | 10.00% | 3,117.94 | 247.73 | **623.59** |
| 8/1/2005 | 09/15/05 | 06/01/06 | 259 | 0.70958904 | 10.00% | 3,117.94 | 221.25 | **623.59** |
| 9/1/2005 | 10/15/05 | 06/01/06 | 229 | 0.62739726 | 10.00% | 3,117.94 | 195.62 | **623.59** |
| 10/1/2005 | 11/15/05 | 06/01/06 | 198 | 0.54246575 | 10.00% | 3,117.94 | 169.14 | **623.59** |
| 11/1/2005 | 12/15/05 | 06/01/06 | 168 | 0.46027397 | 10.00% | 3,117.94 | 143.51 | **623.59** |
| 12/1/2005 | 01/15/06 | 06/01/06 | 137 | 0.37534247 | 10.00% | 3,117.94 | 117.03 | **623.59** |
| 1/1/2006 | 02/15/06 | 06/01/06 | 106 | 0.29041096 | 10.00% | 3,117.94 | 90.55 | **623.59** |
| 2/1/2006 | 03/15/06 | 06/01/06 | 78 | 0.21369863 | 10.00% | 3,117.94 | 66.63 | **623.59** |
| 3/1/2006 | 04/15/06 | 06/01/06 | 47 | 0.12876712 | 10.00% | 3,117.94 | 40.15 | **623.59** |
| | | | | | | 230,103.97 | 72,942.37 | 46,020.79 |

| | |
|---|---:|
| Estimated Contributions Due: | 230,103.97 |
| Estimated Interest Due: | 72,942.37 |
| Estimated Liquidated Damages: | 46,020.79 |
| Less Payment received 9/05 | (915.52) |
| Filing Fee | 250.00 |
| Process Server | 95.00 |
| Total Estimated Amount Due | 348,151.62 |