# Agreement Between

# The Associated Guard & Patrol Agencies, Inc.
# (STAR DETECTIVE AND SECURITY AGENCY, INC.)

And

# Service Employees International Union,
# Local 1,
# AFL-CIO, CLC

111 East Wacker, Suite 2500

Chicago, Illinois 60601



**LOCAL 1**
**SEIU**
Stronger Together

Effective

May 14, 2002

Through

December 31, 2004

## ARTICLE IX
## PENSION

The Employer agrees to participate in the SEIU National Industry Pension Fund. The Employer shall contribute, on behalf of each eligible employee, at the rate of ten cents ($.10) cents per hour to the Pension Fund. The Employer also agrees to abide by all the terms and conditions set forth in the Pension Agreement.

Effective January 1, 2002, the Employer agrees to contribute ten cents ($.10) cents per hour.

To become eligible for Pension Fund contributions, an employee must be employed by the Employer for one (1) year. Upon reaching the first (1st) anniversary date of their employment, contributions will be made on their behalf by the Employer to the Fund.

The Employer will pay for every hour worked and/or paid for each eligible employee.

## ARTICLE X
## UNION VISITATION AND INSPECTION

**Section 1.** The Employer agrees that full-time paid representatives of the Union shall have the right at reasonable times upon advance notice and with the Employer's permission to interview employees of the Employer upon the Employer's premises in the event that matters concerning such employee's working conditions or union membership shall require such action. Employees so interviewed shall receive no reimbursement or pay from the Employer for time spent for such interviews.

**Section 2.** The Union's agents or representatives shall not go upon an Employer's client's property or premises without prior permission by the Employer.

**Section 3.** In order to determine the Employer's compliance with the provisions of this Agreement, the Union may, at reasonable times and upon prior request to the Employer, inspect records of covered employees relating to wages, hours of work, vacation benefits, sick leave benefits, dues deductions, Health Fund monies and Pension contributions.

The Union shall give two (2) weeks notice to the Employer of the intent to spend time at the Employer's office to review the following documents: complete copies of Employer's last two

## ARTICLE XXII

## DURATION AND TERMINATION

This represents the entire Agreement of the parties, it being understood that there is no other Agreement or understanding, either oral or written **EFFECTIVE DATE:** This Agreement shall become effective **May 14, 2002** except as otherwise provided herein, and remain in full force and effect until **December 31, 2004,** and shall thereafter continue from year to year, unless at least sixty (60) days prior to the expiration date, or as thereafter extended, either party hereto shall notify the other in writing of its intention to terminate. It is contemplated that the parties will, during said sixty (60) day period; meet with each other to negotiate a new Agreement.

**Star Detective and Security Agency, Inc.**

By: _[signature]_ Date _Aug. 21, 2002_
Dominique A. Dunn
Chief of Operations


**SERVICE EMPLOYEES INTERNATIONAL UNION**
**LOCAL 1, AFL-CIO, CLC**

By: _[signature]_ Date _8-20-02_
Thomas Balanoff, President

By: _[signature]_ Date _8-20-02_
Philip Martini, Security Director

30