UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| STAR DETECTIVE AGENCY, INC. | ) ) ) |
| Defendant. | ) |

Civil Action No. 05-2173(RMC)

## RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's April 13, 2006 Order to show cause, Plaintiffs have filed with the Clerk a Motion for Entry of Judgment by Default against Defendant Star Detective Agency. Plaintiffs respectfully request that the Court consider their Motion in lieu of an effort to show cause.

Respectfully submitted,

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C.  20005
(202) 626-1440

Attorney for Plaintiffs

Dated: April 26, 2006