UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STAR DETECTIVE AGENCY, <br><br> Defendant. | Civil Action No. 05-2173 (RMC) |

### ORDER TO SHOW CAUSE

Before the Court is Plaintiffs' Motion for Entry of Default Judgment, filed on April 26, 2006. Plaintiffs' Complaint was filed on November 4, 2005. As it appears that Defendant Star Detective Agency has not filed a responsive pleading or motion in the time prescribed by Federal Rule of Civil Procedure 12, it is hereby

**ORDERED** that, no later than **October 23, 2006**, Defendant shall **SHOW CAUSE** why Plaintiffs' Motion should not be granted and judgment by default should not be entered against Defendant. Failure to respond to this Order may result in entry of judgment by default against Defendant.

**SO ORDERED**.

Date: October 2, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge

Copy to:

Star Detective Agency
813 East 75th Street
Chicago, Illinois 60619