UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY INCORPORATED,<br><br>　　　　Defendant. | Civil Action No. 05-2173 (RMC) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Plaintiffs Service Employees International Union National Industry Pension Fund (the "Fund") and the Board of Trustees of the Fund in the above-captioned case.

                                                            Respectfully submitted,

                                                    　　　　　/s/
                                                   Richard C. Welch (Bar #485756)
                                                 Mooney, Green, Baker & Saindon, P.C.
                                                 1920 L Street, N.W., Suite 400
                                                 Washington, D.C. 20036
                                                 Telephone: (202) 783-0010
                                                 Fax: (202) 783-6088

                                                 Counsel for Plaintiffs

Dated: January 31, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this Notice of Appearance was mailed this 31st day of January 2008 by certified mail, postage pre-paid, return receipt requested, to:

Benetta Rogers
Human Resources Manager
Star Detective & Security Agency, Incorporated
813 East 75th Street
Chicago, IL 60619

                                                  /s/
                                        Richard C. Welch (Bar # 485756)
                                        Mooney, Green, Baker & Saindon, P.C.
                                        1920 L Street, N.W., Suite 400
                                        Washington, D.C. 20036
                                        Telephone: (202) 783-0010
                                        Fax: (202) 783-6088

                                        Counsel for Plaintiffs

Dated: January 31, 2008