UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2173 (RMC) |
| STAR DETECTIVE & SECURITY AGENCY INCORPORATED, | ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO AMEND JUDGMENT**

Come now Service Employees International Union National Industry Pension Fund and the Board of the Trustees of the SEIU Fund (hereinafter the "Plaintiffs"), and move this honorable Court pursuant to Fed. R. Civ. P. 60(a) to amend its November 16, 2006 Order (hereinafter the "Order") granting the Plaintiffs' Motion for Default Judgment. Doc. 10.[1] As it stands, the Order refers to the Defendant by the name "Star Detective Agency, Inc." Doc. 10. The Plaintiffs respectfully request that the Court amend the Order to reflect the Defendant's actual name "Star Detective & Security Agency Incorporated."

In support of this motion, the plaintiffs simultaneously file a memorandum of law articulating the grounds upon which this motion is based and a proposed order that contains the sought correction.

---

[1] The citation to "Doc.___" refers to the docket entry number as assigned in this Court's CM/ECF system for this case.

                    Respectfully submitted,

                    _____/s/_____
                    Richard C. Welch (Bar #485756)
                    Mooney, Green, Baker & Saindon, P.C.
                    1920 L Street, N.W., Suite 400
                    Washington, D.C. 20036
                    Telephone: (202) 783-0010
                    Fax: (202) 783-6088

                    Counsel for Plaintiffs

Dated: January 31, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Plaintiffs' Motion to Amend Judgment and this Certificate of Service was mailed this 31st day of January 2008 by certified mail, postage pre-paid, return receipt requested, to:

Benetta Rogers
Human Resources Manager
Star Detective & Security Agency, Incorporated
813 East 75th Street
Chicago, IL 60619

_____/s/_____
Richard C. Welch (Bar # 485756)
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Fax: (202) 783-6088

Counsel for Plaintiffs

Dated: January 31, 2008