UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SERVICE EMPLOYEES                   )
INTERNATIONAL UNION NATIONAL        )
INDUSTRY PENSION FUND, *et al.*,    )
                                    )
      Plaintiffs,                  )
                                    )
v.                                  )     Civil Action No. 05-2173 (RMC)
                                    )
STAR DETECTIVE & SECURITY           )
AGENCY INCORPORATED,                )
                                    )
      Defendant.                   )
_____)

## ORDER

Upon consideration of Plaintiffs' Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that judgment be entered in favor of the Service Employees International Union National Industry Pension Fund, and its Trustees as follows:

1.     Defendant shall pay to Plaintiffs the amount of $230,103.97, representing delinquent contributions owed for the January 1, 2000 through March 1, 2006;

2.     Defendant shall further pay to Plaintiffs the amount of $72,942.37, representing interest on the delinquent contributions owed, calculated at the rate of 10% from the date contributions were due until June 1, 2006 and liquidated damages in the amount of $46,020.79, calculated at 20% of the total delinquency;

     3.     Defendant shall further pay Plaintiffs the amount of $345.00 for costs incurred by Plaintiffs, provided that Plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

     4.     The Defendant shall submit to Plaintiffs, no later than December 15, 2006 for January 2000 through present setting forth all compensable hours of all employees covered by the collective bargaining agreements.  Separate reports shall be made for each month.

     5.     Defendant shall pay Plaintiffs post-judgment interest at the rate of 10% per annum.

_____
Judge Rosemary M. Collyer

Dated: _____

Copy to:

Richard C. Welch
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, NW Suite 400
Washington, DC 20036

Star Detective & Security Agency, Incorporated
813 East 75th Steet
Chicago, IL 60619