# EXHIBIT A

File Number    4601-271-2



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that*

STAR DETECTIVE & SECURITY AGENCY INCORPORATED, A DOMESTIC CORPORATION, INCORPORATED UNDER THE LAWS OF THIS STATE ON DECEMBER 09, 1965, APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE BUSINESS CORPORATION ACT OF THIS STATE RELATING TO THE PAYMENT OF FRANCHISE TAXES, AND AS OF THIS DATE, IS IN GOOD STANDING AS A DOMESTIC CORPORATION IN THE STATE OF ILLINOIS.



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 25TH *day of* JANUARY A.D. 2008.

*Jesse White*

SECRETARY OF STATE

Authentication #: 0802501132
Authenticate at: http://www.cyberdriveillinois.com

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | STAR DETECTIVE & SECURITY AGENCY INCORPORATED | **File Number** | 46012712 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 12/09/1965 | **State** | ILLINOIS |
| **Agent Name** | VIVIAN V WILSON | **Agent Change Date** | 07/27/1979 |
| **Agent Street Address** | 813 EAST 75TH ST | **President Name & Address** | ALMEDA DUNN 18501 MICHAEL COURT HAZELCREST 60429 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | DOMINIQUE WALLACE 6817 S CREGIER CHICAGO 60647 |
| **Agent Zip** | 60619 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 11/06/2007 | **For Year** | 2007 |

**Return to the Search Screen**     **Purchase Certificate of Good Standing**

(One Certificate per Transaction)