**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br>    Plaintiffs <br><br> v. <br><br> STAR DETECTIVE & SECURITY AGENCY INCORPORATED, <br><br>    Defendant. | Case No. 1:05-cv-02173-RMC |

## ENTRY OF APPEARANCE OF PETER CHATILOVICZ AND DAVID M. BURNS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Peter Chatilovicz and David M. Burns as counsel in this case for Defendant Star Detective & Security Agency Incorporated.

                                                Respectfully submitted,

                                          By:   /s/ David M. Burns
                                                      Peter Chatilovicz, Bar # 210278
                                                      David M. Burns, Bar # 466167
                                                      SEYFARTH SHAW LLP
                                                        815 Connecticut Avenue, N.W., Suite 500
                                                        Washington, DC 20006-4004
                                                        (202) 463-2400
                                                        (202) 828-5393 (facsimile)

Dated: February 22, 2008                        Attorneys for Defendant