IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> STAR DETECTIVE & SECURITY AGENCY INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:05-cv-02173-RMC |

## ENTRY OF APPEARANCE OF PETER CHATILOVICZ

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Peter Chatilovicz as counsel in this case for Defendant Star Detective & Security Agency Incorporated.

Respectfully submitted,

By: /s/ Peter Chatilovicz
Peter Chatilovicz, Bar # 210278
David M. Burns, Bar # 466167

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: April 8, 2008                   Attorneys for Defendant

DC1 30227450.1