IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | Case No.: 1:05-CV-02173-RMC |

### DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT

Star Detective Agency, Inc. ("Star Detective"), by undersigned counsel and pursuant to Federal Rules of Civil Procedure 55 and 60, and the Local Rules of this Court, hereby moves this Court to vacate the default judgment. As further explained in the accompanying Memorandum of Points and Authorities, the default judgment is void because Star Detective was not served or alternatively was not properly served with process prior to the entry of default and default judgment, and the amount of the judgment is not based on fact.

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Peter Chatilovicz, # 210278
David M. Burns, # 466167
Elisabeth Moriarty-Ambrozaitis, #488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: May 2, 2008            Attorneys for Defendant

DC1 30227330.3