IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | Case No.: 1:05-CV-02173-RMC |

## ORDER

Upon consideration of Defendant's Motion to Vacate Entry of Default, any Opposition thereto and the entire record herein, it is this _____ day of _____, 2008,

ORDERED, that the Motion be and HEREBY is GRANTED, and it is further

ORDERED, that the Default Judgment entered against "Star Detective & Security Agency, Incorporated" on February 1, 2008 be and Hereby is Vacated.

SO ORDERED.

_____
United States District Court Judge

DATE: _____