# EXHIBIT 2

To Memorandum of Points and Authorities
in Support of Motion to Vacate Default Judgment

Case No. 1:05-CV-02173-RMC

Affidavit of Benetta Rogers

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-2173 (RMC) |
| STAR DETECTIVE & SECURITY AGENCY INCORPORATED, | ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF BENETTA ROGERS

1. I have been employed by Star Detective & Security Agency, Inc. as the Manager of Human Resources from September 5, 2001 to the present.

2. I have never served as the registered agent of Star Detective & Security Agency, Inc.

3. I did not receive any documents from a process server on November 22, 2005.

4. I never received any documents related to *Service Employees International Union National Industry Pension Fund, et al. v. Star Detective & Security Agency*, Civil Action No. 05-2173 (RMC) in the United States District Court for the District of Columbia via process server. Until February 2008 I had never received any documents related to *Service Employees International Union National Industry Pension Fund, et al. v. Star Detective & Security Agency*, Civil Action No. 05-2173 (RMC) in the United States District Court for the District of Columbia via the United States Mail.

5. As the Manager of Human Resources, my job responsibilities include oversight of compliance with federal and District employment laws, compliance with company employment policies and procedures, and with company benefit programs. I am involved in hiring and other employment decisions, and I make decisions concerning Human Resources, but I am supervised in major decisions by the owners of Star Detective & Security Agency, Inc.

6. My duties also include answering the phones and greeting customers and visitors at Star Detective. I serve as the receptionist at Star Detective.

7. My job responsibilities do not extend to the general management of Star Detective & Security Agency, Inc.

The above statements are based on my personal information and are matters about which I am competent to testify at trial.

FURTHER, AFFIANT SAYETH NOT.

_____
Benetta Rogers