IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>　　　　Defendant. | Case No.: 1:05-CV-02173-RMC |

**DEFENDANT'S MOTION TO SEAL EXHIBIT CONTAINING
PERSONAL INFORMATION**

Star Detective Agency, Inc. ("Star Detective" or "Defendant"), by undersigned counsel and per Rule 7, Fed.R.Civ.P., as well as Rule 7 and Rule 5.1(j), L.Civ.R, respectfully moves this Court for the entry of an Order sealing Exhibit 1 attached to Defendant's Memorandum of Points and Authorities in Support of Motion to Vacate Default Judgment. Star Detective relies upon the following in support thereof:

1.　On May 2, 2008, Star Detective filed a Motion to Vacate Default Judgment and a Memorandum of Points and Authorities In Support of Motion to Vacate Default Judgment ("Memorandum") (Docket #17). Star Detective attached two exhibits to the Memorandum, Exhibit 1 and Exhibit 2.

2.　Exhibit 1, the Affidavit of Dominique Wallace, also had four attachments (Exhibits A-D).

3.　Exhibit A and Exhibit B to Exhibit 1 contain social security numbers that were inadvertently not redacted in the filing on May 2, 2008.

4. In light of the personal identifying information included in Exhibit A and Exhibit B to Exhibit 1, Star Detective requests that the Court seal Exhibit 1 attached to the Memorandum and filed on May 2, 2008.

5. In the alternative, Star Detective requests the Court's permission to file an appropriately redacted Exhibit 1 and that the Court expunge the electronic version of that same exhibit that was filed on May 2, 2008.

### Statement of Compliance with L.Cv.R. 7(m)

Pursuant to L.Cv.R 7(m), the undersigned counsel spoke with Plaintiffs' counsel on May 5, 2008. Plaintiffs' counsel does not oppose the filing of a redacted Exhibit 1.

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Peter Chatilovicz, # 210278
David M. Burns, # 466167
Elisabeth Moriarty-Ambrozaitis, #488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: May 5, 2008        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Defendant's Motion to Seal was served electronically this 5th day of May 2008 upon:

>Eunice Harris Washington, Esq.
>SEIU Benefit Funds
>11 Dupont Circle, NW
>Suite 900
>Washington, DC 20036
>
>Richard Carey Welch, Esq.
>Mooney, Green, Baker & Saindon
>1920 L Street, NW
>Suite 400
>Washington, DC 20036
>
>Attorneys for Plaintiffs

  /s/ Elisabeth Moriarty-Ambrozaitis
    Elisabeth Moriarty-Ambrozaitis