IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:05-CV-02173-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Motion to Seal Exhibit 1 attached to Defendant's Memorandum of Points and Authorities in Support of Motion to Vacate Default Judgment (Docket #17, #3 Exhibit) and the entire record herein, it is this _____ day of _____, 2008,

ORDERED, that the Motion be and HEREBY is GRANTED, and it is further

ORDERED, that Exhibit 1 to Defendant's Memorandum of Points and Authorities in Support of Motion to Vacate Default Judgment (Docket #17, #3 Exhibit) be and hereby is sealed, or in the alternative, Exhibit 1 (Docket #17, #3 Exhibit) is hereby expunged and Defendant may file a redacted Exhibit 1.

SO ORDERED.

_____
United States District Court Judge

DATE: _____