# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:05-CV-02173-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
## TO RESPOND TO DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT

　　Plaintiffs Service Employees International Union National Industry Pension Fund and Board of Trustees of the Service Employees International Union National Industry Pension Fund ("Plaintiffs") and Defendant Star Detective & Security Agency, Inc. ("Defendant") (collectively the "Parties"), by and through undersigned counsel, hereby move this Court for an extension of time for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment, such that Plaintiffs' response would not be due until June 30, 2008.  In support of this Motion, the Parties state as follows:

　　1.　　On May 2, 2008, Defendant filed a Motion to Vacate Default Judgment. Plaintiffs' Opposition is due on May 16, 2008.

　　2.　　The Parties are actively engaged in settlement discussions in an attempt to fully settle this matter.  As part of these discussions, Defendant has provided Plaintiffs with voluminous records in support of its position.   Reviewing these records will take a significant

amount of time and makes it difficult for the Plaintiffs to also respond to Defendant's Motion by the May 16, 2008 deadline.

3. The Parties need time to try to reach a settlement. Counsel for Plaintiffs and counsel for Defendant also have a number of commitments in other matters over the next thirty days which would make it difficult to engage in settlement discussions while simultaneously litigating the Defendant's Motion.

4. In order to allow the Parties sufficient time to accomplish the above and to avoid unnecessary briefing and its associated costs which could hinder settlement, the Parties hereby request that the deadline for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment be extended until June 30, 2008.

5. The Parties respectfully submit that granting this requested extension of time will not unduly delay this case.

WHEREFORE, the Parties respectfully request that the Court extend the time for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment to June 30, 2008.

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Peter Chatilovicz, # 210278
David M. Burns, # 466167
Elisabeth Moriarty-Ambrozaitis, #488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: May 8, 2008         Attorneys for Defendant

3

                                             Respectfully submitted,

                                        By: /s/ Richard Welch
                                                Richard Carey Welch, Esq., #485756

                                                MOONEY, GREEN, BAKER & SAINDON
                                                1920 L Street, NW, Suite 400
                                                Washington, DC 20036
                                                (202) 783-0010
                                                (202) 783-6088 (facsimile)

Dated: May 8, 2008                       Attorney for Plaintiffs

DC1 30229903.1