IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | Case No.: 1:05-CV-02173-RMC |

**NOTICE OF FILING REDACTED VERSION OF EXHIBIT 1
TO DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that Defendant Star Detective & Security Agency, Inc. hereby files a redacted, non-confidential version of Exhibit 1 to Defendant's Memorandum of Points and Authorities in Support of Motion to Vacate Default Judgment, originally filed on May 2, 2008. Exhibit 1 was redacted pursuant to this Court's Minute Entry Order, entered May 8, 2008.

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Peter Chatilovicz, # 210278
David M. Burns, # 466167
Elisabeth Moriarty-Ambrozaitis, #488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: May 9, 2008                    Attorneys for Defendant