# EXHIBIT 1 (REDACTED)

To Memorandum of Points and Authorities
in Support of Motion to Vacate Default Judgment

Case No. 1:05-CV-02173-RMC

**Affidavit of Dominique Wallace**

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.

SERVICE EMPLOYEES            )
INTERNATIONAL UNION NATIONAL )
INDUSTRY PENSION FUND, *et al.*, )
                             )
   Plaintiffs,          )
                             )
v.                           )   Civil Action No. 05-2173 (RMC)
                             )
                             )
STAR DETECTIVE & SECURITY    )
AGENCY INCORPORATED,         )
                             )
   Defendant.            )

## AFFIDAVIT OF DOMINIQUE WALLACE

1. I am the daughter of Almeda E. Dunn and the granddaughter of Vivian Wilson. I have been employed by Star Detective & Security Agency, Inc. since 1992.

   I have been employed by Star Detective & Security Agency, Inc. as the Chief Operating Office ("COO") since 2004.

2. Star Detective & Security Agency, Inc. is a woman-owned and a minority-owned business located at 813 East 75th Street, Chicago, Illinois, 60619.

3. Star Detective & Security Agency, Inc. is owned by my Grandmother and Mother.

4. My Grandmother, Vivian Wilson, is 90 years old. She lives with Almeda Dunn and has a live-in caretaker. Vivian Wilson is the registered agent for Star Detective & Security Agency, Inc.

5. Benetta Rogers is employed by Star Detective & Security Agency, Inc. as the Manager of Human Resources. Benetta Rogers has never served as the registered agent of Star Detective & Security Agency, Inc.

6. Security guards represented in the Chicago area by the Service Employees International Union are classified as either downtown guards or as suburban guards.

7. In January, 2000 Star Detective & Security Agency, Inc. became a subcontractor of Securitas Security Services, for the contract between Securitas and the City of Chicago, as well as for various contracts between Securitas and certain municipal corporations such as Chicago Transit Authority (CTA).

2.   DC1 30227747.3

8. As a condition of being a subcontractor for it, Securitas required that Star Detective & Security Agency, Inc. recognize SEIU Local 73 as the representative of its suburban guard service employees. Star Detective & Security Agency, Inc. did so voluntarily and without proof of majority support. It then executed a collective bargaining agreement with SEIU Local 73. The Collective Bargaining Agreement required contributions to Local 25 Health & Welfare Plan.

9. In 1999, the guard service employees in Downtown Chicago were represented by SEIU Local 1. Historically, those guard service employees had been represented by SEIU Local 25. Star Detective had executed a Collective Bargaining Agreement with Local 1 previously and has made contributions to Local 25 Health & Welfare Plan and Local 25 Pension Plans as required.

10. After recognizing SEIU, Local 73 and signing a collective bargaining agreement, Star Detective & Security Agency, Inc. received two types of monthly reports from SEIU Local 25. One, covering the Downtown guards, required Star Detective & Security Agency, Inc. to submit a pension contribution and a welfare fund contribution to the Local 25 Benefits Fund. A true and correct copy of the February 2008 monthly report is attached as Exhibit A. The second monthly report covering the Suburban Guards required contributions to the Local 25 Health & Welfare Fund, but had XXX's covering the pension fund contribution entry. A true and accurate copy is attached as Exhibit B.

11. Star Detective & Security Agency, Inc. made, and has continued to make, the contributions to the Local 25 Benefits Fund required by the monthly report.

12. For each month beginning with January, 2000 and continuing to date, Star Detective & Security Agency, Inc. has submitted an invoice for payment for its services based on the number of hours worked by Star Detective & Security Agency, Inc. guard service employees at the following locations: Chicago Transit Authority (CTA), City of Chicago Department of Revenue and City of Chicago Department of Water.

13. Using the then current hourly rate for a guard service employee's wages plus health & welfare, benefits and taxes, I divided the amount of the monthly invoice by the hourly rate to generate the number of hours worked each month, excluding supervisors' hours and overtime hours. A true and accurate table of my calculations is attached as Exhibit C. The total principal amount of unpaid contributions from January, 2000 to March 1, 2006 is $144,423.40. This amount includes both union and non-union employees and therefore is an over-inclusive number that creates an upper limit on the amount owed by Star Detective.

14. In late 2005, Star Detective experienced delivery problems with the United States Postal Service. Delivery of letters with the proper address were delayed for long periods of time. Other letters with the proper address were returned to sender. On October 18, 2005, the President and CEO of Star Detective, Almeda Dunn, wrote a letter to the Post Master General complaining about these delivery issues. Ms. Dunn is my mother and I am familiar with her signature. Ms. Dunn's signature appears on the October 18, 2005 letter and the letter is on Star Detective letterhead. This letter has been kept in the course of regular business activity and it is Star Detective's regular practice to keep copies of such communication. This letter has been kept in Star Detective's files. As true and accurate copy of my letter and as an attachment is attached as Exhibit D.

The above statements are based on my personal information and are matters about which I am competent to testify at trial.

FURTHER, AFFIANT SAYETH NOT.

_____
Dominique Wallace

1. DC1 30227747.3

# EXHIBIT A

To Exhibit 1 Affidavit of Dominique Wallace

Case No. 1:05-CV-02173-RMC

Participating Employers Pension Trust. WELFARE FUND

XX

# MONTHLY REPORT OF PAYMENTS
## SEE REVERSE SIDE OF EMPLOYER COPY FOR INSTRUCTIONS

Contributions for the month of: 01 2008
Date due: 02/15/08
Employer No. 00516
Building 15493  SC
0001770 P28368

**LOCAL 25**
**S.E.I.U. WELFARE FUND**
AND
**LOCAL 25**
S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST FUND
111 EAST WACKER DRIVE, 25TH FLOOR
CHICAGO, ILLINOIS 60601-4205
PHONE (312) 240-1600

Return To:
LOCAL 25 S.E.I.U.
BENEFIT FUNDS
P.O. BOX 94443
CHICAGO, IL

1 of 4

| SOC. SEC. NUMBER (MUST BE SHOWN FOR ALL EMPLOYEES) | HIRE DATE | NAME OF EMPLOYEE — THE NAMES LISTED BELOW APPEARED ON YOUR PREVIOUS REPORT. PLEASE ADD NEW EMPLOYEES AND DRAW A LINE THROUGH TERMINATED EMPLOYEES. | | STATUS CODE | STATUS DATE | WELFARE MONTHLY PLACE ✓ MARK | WELFARE HOURS |
|---|---|---|---|---|---|---|---|
| REDACTED | | ALEXANDER | WALTER | | | | |
| | | BELLE | LOUIS | | | | |
| | | BENNETT | ELIZABETH | | | | |
| | | BROWN | ANANA | | | | |
| | | CARTER | ALTON | | | | |
| | | COLE | GERALD | | | | |
| | | DOTSON | IEASHA | | | | |
| | | ELLISON | ORRELL | | | | |
| | | EZIANBYAGU | CYRIL | | | | |
| | | FERGUSON | ORRETT | | | | |
| | | FINLEY | RONALD | | | | |
| | | FOLLINS | CHARLES | | | | |
| | | FORTSON | INGA | | | | |
| | | FOSTER | CATHY | | | | |
| | | FOSTER | MARSHA | | | | |

*PLEASE RETURN WELFARE AND PENSION FUND COPIES WITH YOUR REMITTANCE*

MAKE THIS CHECK PAYABLE TO LOCAL 25 S.E.I.U. AND PARTICIPATING EMPLOYERS PENSION TRUST    TIN: 36-6486542

MAKE THIS CHECK PAYABLE TO LOCAL 25 S.E.I.U. WELFARE FUND   TIN: 36-2857218

| Welfare Fund Hourly Rate | $2.2300 | x Hours = |
| Welfare Fund Monthly Rate | $386.52 | x Employees = |

EMPLOYER NAME AND ADDRESS:   TOTAL

STAR DETECTIVE & SEC
813 E 75TH STREET
CHICAGO, IL    60619

BUILDING NAME AND LOCATION:   TOTAL

PROVIDENT HOSPITAL
500 E 51ST ST
PROVIDENT MD CT
CHICAGO, IL

*Dowtown* (signature)

A delinquent employer whose payment is made after the due date and/or grace period will be liable for the interest and liquidated damages chargeable under Collective Bargaining Agreement. In addition to the actual delinquent amount, a delinquent employer will be required to pay interest up to the rate of 2% per month thereon, and liquidated damages at the rate of 5% per month thereon, as well as accountant and attorneys' fees and court costs.

# EXHIBIT B

To Exhibit 1 Affidavit of Dominique Wallace

Case No. 1:05-CV-02173-RMC

| | | | **AND** | | | | | |
| | | | **LOCAL 25** | | | | | |
| | | | S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST FUND | | | | | |
| | | | 111 EAST WACKER DRIVE, 25TH FLOOR | | | | | |
| | | | CHICAGO, ILLINOIS 60601-4205 | | | | | |
| | | | PHONE (312) 240-1600 | | | | | |

OR INSTRUCTIONS  $73 - WELFARE FUND

or the month of: 01 2008
02/15/08
00516
ing 95062  SGI
B000203 P35620

LOCAL 25 S.E.I.U
BENEFIT FUNDS
P.O. BOX 94443
CHICAGO, IL 60690

1 of 8

| EC. ER OWN FOR YEES) | HIRE DATE | NAME OF EMPLOYEE THE NAMES LISTED BELOW APPEARED ON YOUR PREVIOUS REPORT. PLEASE ADD NEW EMPLOYEES AND DRAW A LINE THROUGH TERMINATED EMPLOYEES. | | STATUS | | WELFARE | | PENSION |
|---|---|---|---|---|---|---|---|---|
| | | | | CODE | DATE | MONTHLY PLACE ✓ MARK | HOURS | |
| REDACTED | | ALEXANDER | SONYA | | | | | |
| | | ALEXANDER | WILLIAM | | | | | |
| | | ALLEN | IDA | | | | | |
| | | ANDERSON | TONOA | | | | | |
| | | ANDERSON | WENDY | | | | | |
| | | BAKER | LORRAINE | | | | | |
| | | BANKSTON | ELIZABETH | | | | | |
| | | BENNETT | MARQUISE | | | | | |
| | | BERRY | LUCINDA | | | | | |
| | | BLACK | TREVOR | | | | | |
| | | BLUNTSON | AARON | | | | | |
| | | BRADFIELD | TIFFANY | | | | | |
| | | BROOKS | JANICE | | | | | |
| | | BROWN | ALICIA | | | | | |
| | | CAFFEY | MARCELLA | | | | | |
| | | CARRADINE | ALVINE | | | | | |

(Stamp overlay: PLEASE RETURN WELFARE AND PENSION FUND COPIES WITH YOUR REMITTANCE)

PAYABLE TO LOCAL 25 S.E.I.U.   TIN: 36-6486542
IG EMPLOYERS PENSION TRUST

MAKE THIS CHECK PAYABLE TO LOCAL 25 S.E.I.U. WELFARE FUND
TIN: 36-2857218

| Welfare Fund Hourly Rate | = | x Hours | = |
|---|---|---|---|

| Welfare Fund Monthly Rate | $323.00 | x Employees | = |
|---|---|---|---|

E AND ADDRESS:   TOTAL

BUILDING NAME AND LOCATION:   TOTAL

R DETECTIVE & SEC

CTA SECURITY

E 75TH STREET
CAGO, IL    60619

CTA SECURITY
CHICAGO, IL    60601

ployer whose payment is made after the due date and/or grace period will be liable for the interest and liquidated damages chargeable under the
ining Agreement. In addition to the actual delinquent amount, a delinquent employer will be required to pay interest up to the rate of 2% per month
uidated damages at the rate of 5% per month thereon, as well as accountant and attorneys' fees and court costs.

es to be bound by the provisions of the agreement between
's Association, Apartment Building Owners and Managers
inois and Local 1 S.E.I.U. relating to the payment of
e Local 25 S.E.I.U. Welfare Fund and Local 25 S.E.I.U. and
Pension Trust

SIGNATURE _____   DATE _____

WELFARE FUND

S729

# EXHIBIT C

To Exhibit 1 Affidavit of Dominique Wallace

Case No. 1:05-CV-02173-RMC

12:10 PM
03/19/08

## ⌐tar Detective & Security Agency, Inc.
## Customer QuickReport
### JANUARY 15, 2000 THROUGH MARCH 04, 2006

|    | A | B | C |
|----|---|---|---|
| 1  | Account Name | | |
| 2  | CTA Rails | 01/15/2000 - 03/04/2006 | $119,954.05 |
| 3  | | | |
| 4  | CTA Facilities | 01/15/2000 - 02/25/2006 | $15,817.79 |
| 5  | | | |
| 6  | CTA K9 | 01/11/2003 - 03/02/2006 | $6,212.17 |
| 7  | | | |
| 8  | CTA Vault | 06/30/2004 - 03/04/2006 | $1,702.71 |
| 9  | | | |
| 10 | Dept. of Revenue | 02/19/2005 - 03/04/2006 | $547.19 |
| 11 | | | |
| 12 | Dept. of Water | 02/04/2006 - 03/04/2006 | $189.49 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | $144,423.40 |
| 17 | | | |
| 18 | C is every dollor divided by the accounts bill rate multiplyed by $.10cents | | |

# EXHIBIT D

To Exhibit 1 Affidavit of Dominique Wallace

Case No. 1:05-CV-02173-RMC



BONDED & INSURED CITY & STATE LICENSES
CIVIL AND CRIMINAL INVESTIGATION
INSURANCE CLAIM INVESTIGATION
GUARD. WATCHMEN PATROL
UNDERCOVER OPERATIVES

## STAR DETECTIVE & SECURITY AGENCY INC.

813 E. 75TH STREET CHICAGO, ILLINOIS 60619 773-874-1900 FAX-773-874-8654

EST.1923

October 18, 2005

United States Postal Service
Honorable John E. Potter
Post Master General
475 L'Enfant Plaza, SW
Washington, DC 20260-0001

Honorable Sir:

I come to you as a business that has been in the Grand Crossing area for over 40 years and as a business that has been running successfully for over 80 years. As a business we rely on the USPS to deliver that which our clients send to our address at 813 East 75th Street, Chicago, IL 60619.

We have recently had an incident with mail delivery that must not be ignored. As you can see from the copies of the envelopes attached that the address to our office is correct. However, the mail was held up somewhere for a period of 3-4 months and sent back to our business associate stating that the forwarding order has expired. Needless to say that the information contained in the envelope was desperately needed for marketing purposes for our company. Our efforts were delayed and this may have lead to possible loss of business.

What we are asking and have been asking for some time now that our mail is delivered by noon each day. It is imperative that we have our mail by noon for business purposes. In closing we are asking for respect as a business in the Grand Crossing area that MUST HAVE MAIL DELIVERED to our office in a timely manner. We are also looking for an explanation to this delay and hold up in this incident.

I look forward to hearing a response to this matter.

Regards,

Almeda E. Dunn
Almeda E. Dunn
President/CEO

Cc: Darryl Tate
    Manager – Grand Crossing Post Office

    Lawrence White
    Supervisor – Grand Crossing Post Office

NATIONAL COUNCIL OF INVESTIGATION
& SECURITY SERVICES, INC.

7501 Sparrows Point Blvd. • Baltimore MD 21219

ADDRESS CORRECTION REQUESTED



Ameda Dunn
New Detective + Security Agency
813 E. 75th St.
Chicago, IL 60619

Mailed to me /
returned
10/1/05