IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:05-CV-02173-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT**

Plaintiffs Service Employees International Union National Industry Pension Fund and Board of Trustees of the Service Employees International Union National Industry Pension Fund ("Plaintiffs") and Defendant Star Detective & Security Agency, Inc. ("Defendant") (collectively the "Parties"), by and through undersigned counsel, hereby move this Court for an extension of time for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment, such that Plaintiffs' response would not be due until July 31, 2008.  In support of this Motion, the Parties state as follows:

1. On May 2, 2008, Defendant filed a Motion to Vacate Default Judgment. Plaintiffs' Opposition was originally due on May 16, 2008.  Due to active settlement discussions, the Court granted the parties joint request to extend this deadline to June 30, 2008.

2. The Parties continue to engage in settlement discussions and have made meaningful progress towards a full settlement of this matter.

3. The Parties need additional time to try to reach a settlement.

4. In order to allow the Parties sufficient time to accomplish the above and to avoid unnecessary briefing and its associated costs, the Parties hereby request that the deadline for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment be extended until July 31, 2008.

5. The Parties respectfully submit that granting this requested extension of time will not unduly delay this case.

WHEREFORE, the Parties respectfully request that the Court extend the time for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment to July 31, 2008.

Respectfully submitted,

By: /s/ David M. Burns
Peter Chatilovicz, # 210278
David M. Burns, # 466167

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: June 24, 2008                Attorneys for Defendant

Respectfully submitted,

By: /s/ Richard Welch
Richard Carey Welch, Esq., #485756
MOONEY, GREEN, BAKER & SAINDON
1920 L Street, NW, Suite 400
Washington, DC 20036
(202) 783-0010
(202) 783-6088 (facsimile)

Dated: June 24, 2008                Attorney for Plaintiffs

DC1 30229903.1