## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | Case No.: 1:05-CV-02173-RMC |

## ORDER

Upon consideration of the Parties' Joint Motion for an Extension of Time for Plaintiffs to Respond to Defendant's Motion to Vacate Default Judgment in the above-captioned matter, it is hereby ORDERED that the Parties' Motion is GRANTED, and it is,

FURTHER ORDERED that Plaintiffs' time to respond to Defendant's Motion to Vacate Default Judgment be and hereby is extended to August 31, 2008.

SO ORDERED.

_____
HON. ROSEMARY M. COLLYER