IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STAR DETECTIVE & SECURITY AGENCY, INCORPORATED<br><br>Defendant. | Case No.: 1:05-CV-02173-RMC |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT**

Plaintiffs Service Employees International Union National Industry Pension Fund and Board of Trustees of the Service Employees International Union National Industry Pension Fund ("Plaintiffs") and Defendant Star Detective & Security Agency, Inc. ("Defendant") (collectively the "Parties"), by and through undersigned counsel, hereby move this Court for an extension of time for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment, such that Plaintiffs' response would not be due until September 30, 2008. In support of this Motion, the Parties state as follows:

1.  On May 2, 2008, Defendant filed a Motion to Vacate Default Judgment. Plaintiffs' Opposition was originally due on May 16, 2008. Due to active settlement discussions, the Court granted the parties joint request to extend this deadline to June 30, 2008. The Court subsequently granted joint requests to extend this deadline to July 31, 2008, August 31, 2008 and September 15, 2008.

2. The Parties continue to engage in settlement discussions and have made meaningful progress towards a full settlement of this matter. Recently, settlement discussions have been slowed due to health issues of the Defendant's principals and numerous summer vacations with the staff at the Plaintiffs' offices. The Parties continue to believe a settlement will be reached shortly.

3. Because the deadline has been reached in the middle of finalizing negotiations, the Parties need additional time to try to reach a settlement.

4. In order to allow the Parties sufficient time to accomplish the above and to avoid unnecessary briefing and its associated costs, the Parties hereby request that the deadline for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment be extended until September 30, 2008.

5. The Parties respectfully submit that granting this requested extension of time will not unduly delay this case.

WHEREFORE, the Parties respectfully request that the Court extend the time for Plaintiffs to respond to Defendant's Motion to Vacate Default Judgment to September 30, 2008.

Respectfully submitted,

By: /s/ David M. Burns
    Peter Chatilovicz, # 210278
    David M. Burns, # 466167
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, DC 20006-4004
    (202) 463-2400
    (202) 828-5393 (facsimile)

Dated: September 12, 2008    Attorneys for Defendant

Respectfully submitted,

By: /s/ Richard Welch
    Richard Carey Welch, Esq., #485756
    MOONEY, GREEN, BAKER & SAINDON
    1920 L Street, NW, Suite 400
    Washington, DC 20036
    (202) 783-0010
    (202) 783-6088 (facsimile)

Dated: September 12, 2008    Attorney for Plaintiffs