## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES        )
INTERNATIONAL UNION NATIONAL  )
INDUSTRY PENSION FUND, et al.)

                   )

        Plaintiffs,        )   Case No.: 1:05-CV-02173-RMC

                   )

        v.              )

                   )

STAR DETECTIVE & SECURITY     )
AGENCY, INCORPORATED         )

                   )

        Defendant.       )

_____)

### ORDER

      Upon consideration of the Parties' Joint Motion for an Extension of Time for Plaintiffs to Respond to Defendant's Motion to Vacate Default Judgment in the above-captioned matter, it is hereby ORDERED that the Parties' Motion is GRANTED, and it is,

      FURTHER ORDERED that Plaintiffs' time to respond to Defendant's Motion to Vacate Default Judgment be and hereby is extended to September 30, 2008.

      SO ORDERED.

_____

HON. ROSEMARY M. COLLYER